CORNWELL *v.* THE STATE.

RUSSELL, C. J. The evidence of the guilt of the accused is entirely circumstantial, and is so inconclusive as not to exclude every reasonable hypothesis save that of the defendant's guilt. The court erred in overruling the motion for a new trial.

*Judgment reversed. All the Justices concur, except Bell, J., who dissents.*

No. 10149. NOVEMBER 14, 1934.

*Chester A. Byars,* for plaintiff in error.

*M. J. Yeomans, attorney-general, W. H. Connor, solicitor-general, B. D. Murphy, J. T. Goree,* and *E. J. Clower,* contra.